UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDIA GARCIA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-4184 |
| COVIDIEN, INC., ET AL. | SECTION "N" (4) |

## ORDER AND REASONS

Considering the Court's September 28, 2011 rulings regarding the presently improper joinder of Defendants Ochsner Medical Center-Westbank, LLC, and Dr. Jennifer Lohmann-Bigelow (Rec. Doc. 13), **IT IS ORDERED** that the Court's November 15, 2011 Order (Rec. Doc. 14) is **VACATED**.

New Orleans, Louisiana, this 5th day of December 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**